# United States District Court
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

V.

MICKEY ALAN DAY

**WARRANT FOR ARREST**

CASE NO. MJ08-5022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICKEY ALAN DAY
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

_ Indictment  _ Information  X Complaint  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

Felon in Possession of a Firearm

in violation of Title 18, United States Code, Sections 922(g)(1)

DAVID CHRISTEL
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ NONE   by

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

JANUARY 30, 2008 at Vancouver, Washington
Date and Location

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

at_____

| DATE RECEIVED | NAME OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

USAO No. 2110R01521



08-MJ-05022-WRNT